Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## ~~NORTHERN~~ Middle DISTRICT OF ALABAMA

RECEIVED
2024 NOV 20 P 12:16

Brent William Jacoby
_Plaintiff_
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Dr. Kumars, Dr. Siddiq, Ms. Johnson, Commissioner Hamm, Yes Care ~~Health~~ Services

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. 2:24-cv-00744-WKW-KFP
(to be filled in by the Clerk's Office)

Jury Trial Demanded

Imminent Danger Claim

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Brent William Jacoby
All other names by which you have been known:
ID Number: #291560
Current Institution: Bullock Correctional Facility
Address: 104 Bullock Drive
Union Springs    AL    36089
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MR. KUMARS
Job or Title *(if known)*: Mental Health Doctor Psychologist
Shield Number:
Employer: Bullock Corr. Facility Al.Doc. (Yes Care?)
Address: 104 Bullock Drive
Union Springs    AL    36089
City    State    Zip Code

☑ Individual Capacity   ☐ Official Capacity

Defendant No. 2
Name: Ms. Johnson
Job or Title *(if known)*: Mental Health Provider
Shield Number:
Employer: Bullock Corr. Fac. Al.D.O.C. (Yes Care?)
Address: 104 Bullock Drive
Union Springs    AL    36089
City    State    Zip Code

☑ Individual Capacity   ☐ Official Capacity

2

Defendant No. 5. Yes Care Health Services.
I dont know the address or who is the Attorney Representative that needs to be served for them yet, will need this through Discovery. They are being sued in Both Capacities if I can.

Defendant No. 3

Name: Mr. Siddig

Job or Title *(if known)*: Doctor Health Care Physician

Shield Number: 

Employer: Bullock Corr. Fac. Al. D.O.C. (Yes Care?)

Address: 104 Bullock Drive
Union Springs      Al      36089
City                State      Zip Code

☒ Individual Capacity     ☐ Official Capacity

Defendant No. 4

Name: John Q Hamm

Job or Title *(if known)*: Commissioner Al. D.O.C.

Shield Number:

Employer: Al. D.O.C. (Governor Kay Ivey?)

Address: Al DOC, Legal Division 301 South Ripley St.
Montgomery      Al      36130
City                State      Zip Code

☒ Individual Capacity     ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 8th Amendment Rights of the United States Constitution are being violated by All defendants because I'm being denied Adequate Mental Health Care and Medical Care. And; My 8th Amendment Rights of the U.S.C. are being violated by all defendants because they are failing to protect me. Because of those unconstitutional acts my life is in imminent danger and I'm constantly suffering in pain and emotional distress. And;

3

*[Handwritten at top, continuing from previous page:]* ...being Violated by defendants because of a Unconstitutional policy and or Custom in place, that denies me mental Health care and medical care causing my constant pain and suffering, puts my life and Health In Imminent Danger and causes me Emotional Distress.

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See B. Above and attached Statement of Claim Facts.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other _____
  *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See Attached Statement of Claim*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____

4

## STATEMENT OF FACTS

#1) Doctor Kumars, Dr. Siddig and Ms. Johnson work at Bullock Correctional Facility and are my Health Care providers.

#2) Dr. Siddig is the practitioner/medical Doctor at Bullock and works for Yes Care Health Services and the Alabama Dept. of Corrections and has the Duty to provide me with adequate medical care by treating me for my serious and severe injuries as well as pain management and ~~opiate addict~~ my Fentynel addiction. (opiate Addiction)

#3) Dr. Kumars is the mental Health Doctor at Bullock and works for Yes Care Health Services and the Alabama Dept. of Corrections and has the Duty to provide me with adequate Mental Health Care by treating my Fentynel Addiction (opiate addiction)

#4) Ms. Johnson works at Bullock Corr. Fac. as a Mental Health provider and is in charge of the M.O.U.D. (Major opiate Use Disorder) program and works for Yes Care Health Services and the Alabama Dept. of Corr.

#5) For the past 2-years or so, From on or about November 20th, 2022 up to November 16th, 2024 I have been strung out and Addicted to Fentynel which is a illegal narcotic substance that is being smuggled into the Alabama prison system on a regular basis by employees. This illegal narcotic substance has been the cause of thousands of overdoses in this Alabama prison system over the past 4 years and has caused the Death of countless Inmates (I'D speculate at least 100 Inmates) in the last 4 years.

#6) I overdosed and/or died according to the nurses Roughly 8-times off of Fentynel in the last 2-years November 20th, 2022 up to November 16th, 2024 and had to be Narcamed back to Life. This happend at Ventress, Kilby & Bibb Correctional Facility. Mental Health Doctors, providers and medical Doctors at Bibb, Ventress, Kilby and Bullock have all diagnosed me with a opiate Abuse Disorder/Substance Abuse Disorder and it's all in my medical and mental Health charts and In the computer saying this as well as documented everytime I had to be taken to the Hospital and given Narcam because I overdosed off of Fentynel.

#7) I have been telling the Medical Departments at these prisons I need help getting off Fentynal through Sick Call slips and Grievances and that Im tired of Self medicating to take away the pain, suffering and Emotional distress I have been going through for years now all because my health Care providers refuse to give me pain Medicine (Opiates or Codiene) to treat my Serious and severe diagnosed, documented Medical Injuries.

#8) I started Self medicating on Fentynal 2 years Ago and became a doally diagnosed Addict with mental Health problems because my health care providers would not give me anything Stronger than Tylenol or IBuprofin For my Broken Collarbone, numerous Broken Ribs, Fractures to both my Shoulders, rip to my neck on the left side, dislocated Shoulder, Arthritus all over my Bones in my whole Body, numerous head Injuries and all the beatings Ive taken over the years, Spinal Injuries, Back problems, my discs are screwed up my hip was fractured etc. etc. not to mention I Believe I still have CANCER in my Body.

#9) I have been Asking Dr. Kumars to put me on Suboxin For Roughly 6 months now And Started Asking him At Kilby Back in April 2024 and Started Asking him here at Bullock (where I am now) to treat my opiate Addiction and or pain management to get me off Fentynal but he wont do it. He tells me there is a "Waiting List" to get on Subutex and Suboxin. He told me this Again on our visit back in late October 2024 or early Nov. 2024.

#10) I started Asking DR Siddiq to put me on Suboxin or Subutex taken I got here to treat my pain as pain Management and to treat my opiate Addiction so I can get off Fentynal and stop Suffering in pain all day long. He tells me "he aint got nothing to do with it" "He's not ordering me pain Medicine Stronger than Tylenol or IBuprofin" And that I need to Speak to mental Health to get on a "Waiting List" He's told me this twice in october 2024 and twice in Nov. 2024.

#11) None of my Injuries I Just mentioned Above that I have been self medicating For on Fentynal have ever been Fixed, I've never been to a specialist to get Fixed and Are documented

In my medical Files.

#12) Ms Johnson is over A program Called the "M.O.U.D. Program" (MAJOR Opiate Use Disorder) here at Bullock Corr. Fac. She is some type of mental health provider psychiatrist or something. And she and the Doctors Kumars and Siddiq get together with the Wardens and decide who gets into the M.O.U.D. program.

#13) Ms Johnson told me twice at Seg Board on or about October 23rd 2024 and on About November 6th, 2024 She isn't puting me on Suboxone/Subutex to treat my opiate Addiction and pain nor am I going to do the M.O.U.D. program.

#14) Ms Johnson told me she don't care about me, my pain and suffering Nor my Grievances and as Far as she's concerned I'll never get out of lock up and transfer to another prison and to go Ahead And write it up.

#15) I have been trying to do the M.O.U.D. Program ever since I got here to Bullock on October 16th, 2024 and get on Suboxone/Subutex to treat my opiate disorder And my severe pain (Wich is getting worse) and numerous Fractures and Serious & Severe health problems But Dr. Siddiq, Dr Kumars and Ms. Johnson are all being deliberately indifferent towards my Medical and Mental Health needs by refusing to put me on Suboxone/Subutex to treat my Serious & Severe medical needs.

#16) I have Clearly told them I'm gonna die and kill myself on Fentynel if I don't get medical help now. I have wrote this on Sick Calls, Grievances and Grievance Appeals But they refuse to help me And Respond to me. Siddiq, Kumars And Johnson are puting my life in imminent Danger of Dieing in here by not treating me.

#17) Siddiq, Kumars and Johnson all told me that they can only treat 30 inmates at a time with Suboxone/Subutex in the program and that I will have to go on a waiting list. I've been waiting for 30 days now and still not being treated. Plus the three of them told me they aint gonna treat me. This don't even make sense!

#18) I seen the inmates that are taking Suboxin/Subutex and who are taking this M.O.U.D. program and I know most of them. None of them have serious to severe injuries to there bodies like I do and dont need pain management like I do. Most of them haven't overdosed and or died on Fentynel as much as I have

#19) My life and health is in imminent danger of serious injuries and death if this court, Defendants and other Yes Care Health Services employees dont intervene and treat me now. Im gonna kill myself on illegally smuggled in Fentynel to this prison and or any other prison I go to if im not given adequate medical and mental health care for my opiate addiction, health problems and mental health problems. Defendants are failing to protect me, Denying me adequate medical and mental health care and putting my life in imminent danger of serious harm or death. *This Clearly violates my 8th Amendment Rights of the United States Constitution * Im suffering in pain all day long, I can't sleep, situp on my Butt, lay on my back or stand to long because of the pains caused by all my injuries.

#20) Commissioner John Hamm and Yes Care Health Services & Johnson have a unconstitutional policy and or custom in place to only treat 30 inmates at a time and to put inmates on a waiting list to get adequate medical and mental health care for thier opiate addictions.

#21) Commissioner Hamm is the policy maker for the Al. Dept. of Corr. and has the authority to make policies, change policies, Adopt and Amend the policies as he see fit and go to court to make changes to policies if the policies are inadequate and unconstitutional under Law.

#22) Ms Johnson is over the M.O.U.D. program at Bullock and it is her custom or policy along with Dr. Kumarr, Siddiq and Yes Care to not treat inmates in lock up who are addicted to opiates with Suboxone/Subutex.

#23) "All" These defendants are policy makers for this M.O.U.D. program and the custom and or policy to not treat me for my Fentynel addiction with Suboxin or Subutex because they have 30 inmates already on Suboxin or Subutex and because I'm in a lock up cell is inadequate, unconstitutional, and denies me medical and mental health care wich violates my 8th Amendment Rights and 14th Amendment Rights of the United States Constitution. All these defendants and their policies are being deliberately indifferent towards my health and safety as these policies not only fail to protect me from continuing to use Fentynel, and deny me treatment to get off Fentynel these defendants and their policies or customs put my life in imminent danger of dieing on Fentynel in this segregation cell. I'm addicted because of all my medical injuries, and this takes away the pain so I don't suffer all day and can function.

#24) What difference does it make if you have 30 or 31 inmates on Suboxin to save their lives and treat them for pain management?

#25) What difference does it make if I'm in a Seg. cell or not, all the pills are put in water crushed up and a nurse and officer watch inmates take it. If you are caught trying to hide it and not take it you are taken off the medicine! Its this simple. I'm in a cell by myself who am I gonna give it to, nobody cause I need it and there aint nobody to give it to.

#26) Until defendants start treating me for pain, my medical Injuries, and my mental Health "MAJOR OPIATE USE DISORDER" Illnesses they will be liable for "Failing to protect me" And denying me adequate mental Health and Medical care because I am gonna keep using the Illegal Narcotics Called Fentynel (that's being smuggled into the prison by Al. D.O.C. Employees) and putting my life In "Imminent Danger of Death". This is Clearly being in Danger of Serious Injury under 28 U.S.C. §1915 (G)

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached Claim/Facts

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I have overdosed and died off fyntanol and had to be brought back to life with NARCAM like 8 different times. I have been suffering in pain all over my Body due to serious and severe Injuries to my body and have been suffering emotional distress over not being treated. (See Attached Claim)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT A TRIAL by JURY and punitive damages against defendants in thier Individual Capacities Jointly and Severally in the Amount of $100,000.00 For pain and Suffering, Emotional Distress and to order defendants to treat me for opiat Addiction Stop Discrimination against me and treat me with Suboxone for my addiction to opiates and pain management. Change thier customs and policies And give me $2,000 a month every month until I'm released from prison.

5

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
_Kilby, Bullock, Bibb_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
_All my Claims._

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    Bullock, Kilby, Bibb, Ventress

2. What did you claim in your grievance?

    I claimed that IF I wasn't treated for my Fyntenal Addiction I was gonna die and that I was addicted to Fyntenal Because of all the pain Im in and Doctors not Treating me

3. What was the result, if any?

    No Results. Given the Run Around and keep being told I have to wait to be on Suboxin and Denied pain management.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

    Yes I have wrote Countless Grievances. The Defendants never Responded personally and Just Gave me the Run Around through the Grievance Administrators with vague Responses. I have even been Sending Copies personally to Commissioner John Hamm and he wont even Respond. I have Appealed Everything Repeatedly.
    * A Bunch of Grievances Health Care and Administrative AIDOC Grievances are in my Files, Commissioner Hamm Has Copies and I sent Copies to this Court In another Seperate 1983 Action I Filed (my only Copies) last week. I dont have a case # yet nor do I know if this Court got it yet. It was a Inadequate Medical Care Claim etc. Agenst Dr. Siddiq, Mr Vaugh, Dr. Fish and Dr. Rahming.

7

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _____

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Al. DOC officials, Doctors and the Commissioner Never Respond period. They deliberately Ignore me hoping to AVOID Liability acting like they don't know what's going on.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☒ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible. I suffer severe memory loss and don't have copies of any case #'s of cases that have been dismissed. Al. D-O-C. Employees and defendants in other cases have been stealing and losing my law work and Tampering with my law work for the past 2 years now causing me to lose cases. This Court knows about it and has failed to Intervene. I guess the law has changed and it's okay to do this now especially since white lies don't matter. I do have 3-strikes under The P-L-R-A and have been Filing cases in the Federal Court for the past 20 years or so. This is a Imminent Danger Claim so I don't have to pay any filing fees up front.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

　1. Parties to the previous lawsuit

　　Plaintiff(s) _____

　　Defendant(s) _____

　2. Court *(if federal court, name the district; if state court, name the county and State)*

　　_____

　3. Docket or index number

　　_____

　4. Name of Judge assigned to your case

　　_____

　5. Approximate date of filing lawsuit

　　_____

　6. Is the case still pending?

　　☐ Yes

　　☐ No

　If no, give the approximate date of disposition. _____

　7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

　　_____

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: Brent William Jacoby
Prison Identification #: #291560
Prison Address: Bullock Corr. Fac. 104 Bullock Drive
City: Union Springs   State: AL   Zip Code: 36089

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11-16-2024

Signature of Plaintiff: Brent Jacoby

Certificate of Service

On this 16th day of November 2024 I put this 1983 Action In the prison mailbox to be mailed to; United States Middle District Court 1 Church Street Suite B-110 Montgomery Al 36104 through the U.S. post office.

10

Bullock Correctional Facility
Brent William Jacoby
#291560
104 Bullock Drive
Union Springs Al 36089

 

United States Middle District Court
1 Church Street Suite B-110
Montgomery Al 36104
TO: Clerk of Courts.


LEGAL